# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 09-3071**

**September Term, 2014**

**1:05-cr-00367-RMC-1**

**Filed On:** February 6, 2015

United States of America,

      Appellee

      v.

Jaron Brice, also known as Jay Bird, also
known as Daddy, also known as Bird, also
known as Jay,

      Appellant

**BEFORE:**    Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Williams and Sentelle, Senior Circuit Judges

## O R D E R

Appellant's petition for rehearing en banc and the response thereto were circulated to the full court, and a vote was requested. Thereafter, the call for a vote was withdrawn. In light of the foregoing, and in the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                 BY:    /s/
                               Jennifer M. Clark
                               Deputy Clerk